| | | |
|---|---|---|
| JACINDA BURTON, ADMINISTRATRIX OF THE ESTATE OF MICHAEL C. BURTON | ) ) ) ) | |
| v. | ) ) | |
| PHOENIX FABRICATORS AND ERECTORS, INC. AND DAVIS, MARTIN, POWELL & ASSOCIATES, INC. | ) ) ) ) ) | |
| ———— | ) | ORDER |
| DONNA DAVIS, ADMINISTRATRIX OF THE ESTATE OF CHARLES M. DAVIS | ) ) ) | |
| v. | ) ) | |
| PHOENIX FABRICATORS AND ERECTORS, INC. AND DAVIS, MARTIN, POWELL & ASSOCIATES, INC. | ) ) ) ) ) ) | |

No. 447P07

Finding that the order of the trial court denying defendant's motion to dismiss affects a substantial right and will work injury if not corrected before final judgment, we allow defendant's Petition for Discretionary Review for the sole purpose of remanding the matter to the Court of Appeals for consideration of the merits. Defendant's Alternative Petition for Writ of Certiorari is denied.

By Order of the Court in Conference, this 10th day of April, 2008.

Hudson, J.
For the Court